IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BLAKE DWYER § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | | |
| § | | Case No. 4:09-CV-00198-MHS |
| KEVIN TYSON, A POLICE OFFICER § | | |
| FOR THE CITY OF CORINTH, TEXAS § | | |
| § | | |
| Defendant § | | |

## PLAINTIFF'S MOTION FOR NEW TRIAL

BLAKE DWYER, Plaintiff, proceeding pursuant to Rule 59 of the Federal Rules of Civil Procedure, moves the Court to set aside the judgment signed on the 18th day of October 2010, and to set this case down for a new trial, and in support of such *Motion* respectfully shows the Court the following:

1. The verdict is against the weight of the evidence.

2. The verdict is so against the great weight and preponderance of the evidence as to be manifestly unjust.

3. Under the pleadings and all of the evidence in the case the verdict should have been in favor of the Plaintiff.

4. The verdict is contrary to law.

5. As a matter of law, the uncontradicted evidence that Defendant discharged the taser fifteen (15) times and left at least eleven (11) sets of burn marks on Plaintiff's body

when the Plaintiff was completely disoriented and unable to understand Defendant's commands, and presented no threat of serious bodily injury to Defendant or any other party or person demonstrates that Defendant used excessive force, and the Jury's answer to the contrary should be disregarded and a new trial granted.

6. In the interest of justice the Court should exercise its authority to grant a new trial for any lawful reason.

        Respectfully submitted,

        MICHAEL J. WHITTEN & ASSOCIATES, P.C.
        218 North Elm Street
        Denton, TX 76201
        (940) 383-1618 or Metro (972) 434-3833
        Fax: (940) 898-0196
        mjwhitten@whittenlawfirm.com

        _____
        MICHAEL J. WHITTEN
        SBN: 21392000

        HAIRE LAW FIRM, P.C.
        1120 North Locust Street
        Denton, TX 76201
        (940) 484-5555
        Fax: (940) 380-4078

        */s:/ROCKY HAIRE*
        ROCKY HAIRE
        Texas SBN: 00795402
        JUSTIN J. STEINBOCK
        Texas SBN: 24051383

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing document has been forwarded pursuant to Federal Rules of Civil Procedure on this 28 day of October 2010 to the following:

**Sent via facsimile (214) 253-2626 and email**
Mr. Casey Erick, Esquire
Mr. William W. Krueger, III, Esquire
McKAMIE KRUEGER, LLP
2007 North Collins Boulevard, Suite 501
Richardson, Texas 75080
Attorney for Defendant KEVIN TYSON

_____
MICHAEL J. WHITTEN