**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

**DATE: March 10, 2011**

| JUDGE<br>MICHAEL H. SCHNEIDER | COURTROOM DEPUTY: Linda Pritchard<br>COURT REPORTER:     Jan Mason |
|---|---|
| DEANNA DWYER, ET AL<br><br>VS.<br><br>CITY OF CORINTH, ET AL | CAUSE NO:<br>4:09cv198 |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| MICHAEL JOSEPH WHITTEN | CASEY ERICK |

# MINUTES OF MOTION HEARING

On this day, came the parties by their attorneys and the following proceedings were had:

| OPEN: | 9:15 A.M. | ADJOURN: | |
|---|---|---|---|
| TIME: | MINUTES: | | |
| 9:15 am | Case called.  Attorneys announced present and ready. | | |
| 9:15 am | Mr. Whitten addressed the Court regarding pending motion. | | |
| 9:23 am | Response by Mr. Erick. | | |
| 9:25 am | The Court announced that it will grant a new trial because of improper conduct of defense counsel. | | |
| 9:31 am | The Court gave a deadline of October 3, 2011 for Pretrial Conference at 9:00 a.m.  The deadline to file joint pretrial motions would be September 7, 2011.  There will be no further discovery in the case.  The required mediation date will be August 15, 2011 and Chief Justice Linda Thomas of Dallas, Texas is appointed as the mediator. | | |

CASE NO.  4:09cv198    DATE: March 10, 2011
PAGE 2 - PROCEEDINGS CONTINUED

| 9:34 am | Mr. Whitten addressed the Court regarding an expert who was previously excluded and asked to use him for the trial.  Mr. Erick responded that there was no expert report produced and that was why he was excluded.  The Court will enter a deadline for an expert for the one particular witness.  If the defense requires a witness to counter-balance it, it will be considered. |
|---|---|
| 9:35 am | Mr. Erick addressed motion for attorney's fees.  The motion is denied. |
| 9:40 am | Court adjourned. |

**DAVID J. MALAND, CLERK**

By:  _____Linda Pritchard_____
**Courtroom Deputy Clerk**