# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BLAKE DWYER | § | |
| | § | |
| | § | |
| v. | § | Case No. 4:09-CV-0198 |
| | § | Judge Mazzant |
| | § | |
| KEVIN TYSON, A POLICE OFFICER FOR THE CITY OF CORINTH, TEXAS | § § | |

## FINAL JUDGMENT

This action came on for trial before the Court and jury, the Honorable Amos L. Mazzant, United States Magistrate Judge, presiding. At the conclusion of the case, the Court submitted Plaintiff Blake Dwyer's 42 U.S.C. § 1983 excessive use of force claim to the jury. The issues having been duly tried, and the jury having duly rendered its verdict against Plaintiff Blake Dwyer and for Defendant Kevin Tyson, it is **ORDERED** and **ADJUDGED** that the Plaintiff, Blake Dwyer, take nothing and that the complaint and Plaintiff's claim against Defendant is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**
**SIGNED this 30th day of April, 2012.**

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE